JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** ___III___          **Investigating Agency** __FBI__

**City** __Boston__ ▣          **Related Case Information:**

**County** __Middlesex__          Superseding Ind./ Inf. _____ Case No. 19cr10075

Same Defendant _____ New Defendant X

Magistrate Judge Case Number _____

Search Warrant Case Number   See add'l information

R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Rudolph Meredith__          Juvenile:   ☐ Yes  ☒ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☒ No

Alias Name _____

Address          (City & State) Madison, CT

Birth date (Yr only): __1968__ SSN (last4#): __5528__ Sex __M__   Race: __Black__   Nationality: __USA__

**Defense Counsel if known:** __Paul Thomas__          Address __Duffy Law__

**Bar Number** _____          129 Church Street, SUite 310
New Haven, CT

**U.S. Attorney Information:**

**AUSA** __Eric S. Rosen__          Bar Number if applicable __NY4412520__

**Interpreter:**   ☐ Yes  ☒ No          List language and/or dialect: _____

**Victims:**   ☒ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☒ No

**Matter to be SEALED:**   ☒ Yes   ☐ No

☐ Warrant Requested          ☒ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☒ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   February 28, 2019 ▣          Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Rudolph Meredith _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1349 | Conspiracy to Commit Wire Fraud | 1 |
| Set 2 | 18 USC 1346 | Honest Services Wire Fraud | 2 |
| Set 3 | 18 USC 981 | Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK