IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 19-cr-10075-MLW |
| v. | ) | |
| | ) | FILED UNDER SEAL |
| RUDOLPH "RUDY" MEREDITH, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Notices of Appearance for Justin D. O'Connell, Kristen A. Kearney, and Leslie A. Wright and this Motion until the Information, docket sheet, and other paperwork in this matter is unsealed. As grounds for this motion, the government states that the Defendant is cooperating proactively in an active investigation. Accordingly, public disclosure of these materials will jeopardize the ongoing investigation of this case.

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Kristen A. Kearney*
Kristen A. Kearney
Assistant U.S. Attorney

Date: March 7, 2019