UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>)<br>RUDOLPH MEREDITH, )<br>)<br>Defendant. )<br>) | No. 19-CR-10075-MLW<br><br>**FILED UNDER SEAL** |

## NOTICE OF APPEARANCE

Please enter my appearance in the above-captioned case as counsel for the United States of America.

Respectfully submitted,

ANDREW E. LELLING
UNITED STATES ATTORNEY

Dated: March 7, 2019

*/s/ Justin O'Connell*
JUSTIN D. O'CONNELL
Assistant United States Attorney
John Joseph Moakley Courthouse
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel: (617) 748-3100
Justin.O'Connell@usdoj.gov