IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 19-CR-10075-MLW |
| ) | FILED UNDER SEAL |
| RUDOLPH MEREDITH, ) | |
| ) | |
| Defendant ) | |

## GOVERNMENT'S MOTION TO SEAL COOPERATION AGREEMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the attached cooperation agreement be sealed. As grounds for this motion, the Government states that Defendant is cooperating in an active investigation. The government intends to unseal the Information filed in this case on or about March 12, 2019. The government will publicly file the plea agreement at that time; however, the government will not file the cooperation agreement due to the fact that the nature of the Defendant's cooperation has not been publicly revealed. In the event that that changes, the Government will move to unseal the cooperation agreement.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Eric S. Rosen
ERIC S. ROSEN
Assistant U.S. Attorney

Date: March 8, 2019