IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **RUDOLPH MEREDITH,** <br><br> Defendant. | Criminal No. 19-CR-10075 |

## GOVERNMENT'S MOTION TO UNSEAL INFORMATION

The United States of America hereby moves this Court to direct that the information be unsealed. In support of this motion, the government states that the case has been made public, and that there is no further reason to keep the information secret.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: *Eric S. Rosen*
ERIC S. ROSEN
Assistant U.S. Attorney

Date: March 12, 2019