UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 19-10075-MLW |
| | ) |
| RUDOLPH MEREDITH, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                             March 14, 2019


A hearing will be held on March 28, 2019, at 2:00 p.m., to address defendant Rudolph Meredith's request to waive indictment and plead guilty to the charges against him in this case. Therefore, it is hereby ORDERED that, by March 21, 2019, the government shall file: (a) the parties' plea agreement; (b) proposed instructions concerning the applicable law; and (c) a statement of the factual basis for the proposed guilty plea.


UNITED STATES DISTRICT JUDGE