IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 19-CR-10075-MLW |
| | ) | |
| RUDOLPH "RUDY" MEREDITH, | ) | |
| | ) | |
| Defendant | ) | **Filed Under Seal** |

## JOINT RESPONSE TO THE COURT'S MARCH 21, 2019 ORDER

The parties respectfully submit the following response to the Court's Memorandum and Order dated March 21, 2019 (Docket No. 23).

Counsel for the Government and the Defendant have conferred regarding the Court's Memorandum and Order, and neither party objects to the unsealing of the Cooperation Agreement (Docket No. 13-1).

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: */s/ Justin D. O'Connell*

JUSTIN D. O'CONNELL
Assistant U.S. Attorney

*/s/ Paul Thomas*

Paul Thomas
Duffy Law, LLC

Date: March 22, 2019