UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 19-10075-MLW |
| | ) |
| RUDOLPH MEREDITH, | ) |
|     Defendant. | ) |

ORDER

WOLF, D.J.                                                    March 24, 2019

On March 21, 2019, the court ordered the parties to confer and report whether they object to unsealing of defendant Rudolph Meredith's Cooperation Agreement, which is Docket No. 13-1 (under seal). See Docket No. 23 (under seal). On March 22, 2019, the parties reported that they do not object to unsealing the Cooperation Agreement. See Docket No. 24 (under seal). For the reasons stated in the March 21, 2019 Memorandum and Order, unsealing is necessary and appropriate.

Therefore, Meredith's Cooperation Agreement (Docket No. 13-1), the March 21, 2019 Memorandum and Order (Docket No. 23), and the parties' response to it (Docket No. 24) are hereby UNSEALED.

UNITED STATES DISTRICT JUDGE