UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Cr. No. 19-10075-MLW |
| RUDOLPH MEREDITH, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                                    March 27, 2019

It is hereby ORDERED that defendant Rudolph Meredith shall, by 9:30 a.m. on March 28, 2019, report whether with regard to the government's submission concerning the applicable law and statement of facts relating to his proposed guilty plea (Docket No. 18), he disputes the correctness of the proposed jury instructions or the accuracy of the alleged facts. If defendant contends that the proposed jury instructions are incorrect, he shall submit an alternative version with supporting authority. If defendant asserts that the proposed statement of facts is inaccurate, he shall request corrections.

                                                    /s/ Mark L. Wolf
                                                    UNITED STATES DISTRICT JUDGE