# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                               ) <br> ) <br> RUDOLPH "RUDY" MEREDITH,  ) <br> ) <br> Defendant.               ) | Crim. No. 19-10075-MLW |

## DEFENDANT'S RESPONSE TO THE COURT'S MARCH 27, 2019 ORDER

The defendant, Rudolph Meredith, respectfully submits the following response to the Court's Order dated March 27, 2019 (Docket No. 27).

The defendant does not dispute the correctness of the proposed jury instructions or the accuracy of the alleged facts as set forth in the government's submission concerning the applicable law and statement of facts relating to the defendant's proposed guilty plea (Docket No. 18).

Respectfully Submitted,

RUDOLPH MEREDITH

By his attorneys,

*/s/ Felice M. Duffy*
Felice M. Duffy (Fed. Bar No. ct21379)
Duffy Law, LLC
129 Church Street, Suite 310
New Haven, CT 06510
Phone: (203)946-2000
Fax: (203)907-1383
felice@duffylawct.com

*/s/ Young Paik*
Young Paik (BBO# 660896)
Paik & Brewington, LLP
92 State Street, Suite 700
(617) 439-0150
yp@paikbrewington.com

Dated: March 28, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified in the Notice of Electronic Filing (NEF)

*/s/ Young Paik*
Young Paik

Dated: March 28, 2019