UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 19-10075-MLW |
| | ) |
| RUDOLPH MEREDITH, | ) |
| Defendant. | ) |

ORDER

WOLF, D.J.                                                                                   March 28, 2019

It is hereby ORDERED that the parties shall be prepared to discuss the implications of <u>Skilling v. United States</u>, 561 U.S. 358 (2010), including but not only page 409, for the government's proposed honest service fraud jury instructions, <u>see</u> Docket No. 18, which defendant Rudolph Meredith states are correct, <u>see</u> Docket No. 31.

／s／ Mark L. Wolf
UNITED STATES DISTRICT JUDGE