UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RUDOLPH "RUDY" MEREDITH,<br><br>Defendant. | Criminal No.<br><br>Violations:<br><br>Count One: Conspiracy to Commit Wire Fraud and Honest Services Wire Fraud (18 U.S.C. § 1349)<br><br>Count Two: Honest Services Wire Fraud (18 U.S.C. §§ 1343 and 1346)<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)) |

WAIVER OF INDICTMENT

I, Rudolph Meredith, the above-named defendant, who is accused of conspiracy to commit wire fraud and honest services wire fraud and honest services wire fraud, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on March 28, 2019 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Rudolph Meredith
Defendant

_____
Paul Thomas
Attorney for Defendant

Before: _____   March 28, 2019
MARK L. WOLF
Senior United States District Judge