UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Cr. No. 19-10075-MLW |
| | ) |
| RUDOLPH MEREDITH, | ) |
|     Defendant. | ) |

MEMORANDUM AND ORDER

WOLF, D.J.                                                     November 7, 2022

        With regard to the government's request in its response to the November 4, 2022 Order (Dkt. No. 71), it is hereby ORDERED that the recordings of defendant Rudolph Meredith before he began cooperating with the government shall be filed forthwith and will be sealed at least temporarily. The question of whether they should remain sealed will be addressed at the November 9, 2022 sentencing hearing. See United States v. Kravetz, 706 F.3d 47, 61-63 (1st Cir. 2013). To facilitate the court's consideration of the privacy interests of the "cooperating human source who did not testify publicly," Dkt. No. 71, the government shall also file forthwith, under seal, any agreement(s) it entered with that individual and describe any oral agreement(s) it made with him or her.

                                                           /s/ Mark L. Wolf
                                                     UNITED STATES DISTRICT JUDGE